The United States District Court

District of Massachusetts

Jane Doe

v.

The Massachusetts Bay Transportation Authority,

2 unknown MBTA commuter rail conductors

Complaint

1. The plaintiff is a citizen of the United States.

2. The defendants are a federally assisted program and employees thereof.

3. This court has original jurisdiction in this matter under U.S.C. 42 1983.

4. On a number of occasions, including November 26, 2025 at 7:42 p.m., and several times thereafter, including January 7, 2026 at approximately 7:42 p.m., two MBTA conductors did refuse access to the plaintiff to the commuter rail service.

5. On each of these occasions, the plaintiff did clearly show payment to the conductors before attempting to board the train.

6. One conductor stated several times to the plaintiff that she "would never ride his train again", but gave no further reason for the plaintiff being disallowed access to a federally assisted program.

7. Each time these unlawful incidences occurred, the plaintiff was forced to wait approximately 2 hours for the next train, in temperatures of approximately 20 degrees, and caused hardship in the later the plaintiff was forced to wait for the train, approximately 2 hours, the temperature became colder and made the plaintiff's 2 mile walk after deboarding the train, more uncomfortable. Also, the degrading nature of the continued course of unlawful conduct toward the plaintiff caused her extreme mental anguish.

8. The plaintiff endured physical pain on the several occasions she was forced to wait two hours for the next train, due to the unlawful behavior of the conductors disallowing her from boarding "his" train, as the temperature fluctuated up to 20 degrees during that time, causing her 2-mile walk to be physically painful.

9.The unlawful conduct of the conductors also caused the plaintiff to experience fear, as she was forced to walk 2 miles after 10:30 p.m. on these occasions, when she deboarded the second train, instead of approximately 8:30 p.m., while at the earlier time, there was significantly more traffic and more pedestrians during her lengthy walk in the dark.

10.The conduct of the conductors is in violation of 42 U.S.C. 2000d.

11.Wherefore, the plaintiff seeks damages is the amount of $1000 and any other thing this court finds reasonable.

*Jane Doe*

No Fixed Address

430 Common Street

Lawrence, MA 01810