UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>        v.<br><br>MBTA, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)  **CIVIL ACTION**<br>)  **No. 26-10217-IT**<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**TALWANI, D.J.**

For the reasons stated in the Electronic Order [Doc. No. 8] dated June 1, 2026, this action

is DISMISSED WITHOUT PREJUDICE.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 06/01/2026                    By /s/ Gail A. Marchione
                                     Deputy Clerk